# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Raymond Zaccard,

        Plaintiff,        Court File No. 2:05-cv-1089-RTR

  vs.

Monaco Coach Corporation and
Burlington RV Superstore, Inc.,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal With Prejudice, it is hereby ordered pursuant to Fed. R. Civ. P. 41 that this action, together with all claims and causes of action which were or which could have been asserted herein, shall be and is hereby dismissed with prejudice and on the merits without cost to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 9th, 2006.

                                          s/ Rudolph T. Randa
                                          Rudolph T. Randa
                                          United States District Judge